UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN DARIO GARCIA, JR.,

Plaintiff,

v.

GENA JONES, et al.,

Defendants.

Case No. 1:26-cv-08667-HBK (PC)

ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED

(Doc. 2)

NOVEMBER 13, 2026 DEADLINE

Plaintiff Ruben Dario Garcia, Jr., a prisoner proceeding pro se, filed this civil rights under 42 U.S.C. § 1983 on October 21, 2026, together with an application to proceed *in forma pauperis* ("IFP"). (Docs. 1, 2). Plaintiff reports that he has $1,800 in his inmate trust account; earns $0.30 per hour, and received two $200 gifts from a friend to purchase groceries. (Doc. 2 at 1–2). He does "not expect" additional gifts and states he shares everything with his brother, who is his cellmate. (*Id.* at 2). The certified trust account submitted by the California Department of Corrections and Rehabilitation ("CDCR") reflects a balance of $1,808.88 as of October 20, 2026, more than the $405.00 filing fee. (Doc. 6).

Proceeding IFP is "a matter of privilege and not right." *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984), *abrogated in part on other grounds by Neitzke v. Williams*, 490 U.S. 319 (1989)). Although an applicant need not be "destitute," the applicant must demonstrate

indigence. *Adkins v. E.I. DuPont de Nemours & Co*., 335 U.S. 331, 339–40 (1948). The applicant must allege indigence "with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (per curiam) (internal quotation marks and citation omitted).

Plaintiff's reported funds appear sufficient to pay the filing fee. His application does not identify expense or obligations that would prevent him from doing so. While a balance of $1,808.88 appears modest at first blush, it is sizeable considering Plaintiff does not incur expenses in prison for necessities such as sustenance, housing, and medical care. The Court therefore will require Plaintiff to explain why he cannot pay the fee and qualifies to proceed IFP.

Accordingly, IT IS ORDERED:

1. No later than November 13, 2026, Plaintiff shall deliver to correctional officials for mailing a response either: (a) withdrawing his motion to proceed IFP and directing CDCR to pay the $405.00 filing fee; or (b) explaining why he cannot pay the filing fee and qualifies to proceed IFP.

2. If Plaintiff fails to timely respond to this show cause order, the undersigned will recommend Plaintiff's application to proceed IFP (Doc. 2) be denied.

Dated: October 21, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE