UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO GARCIA, JR.,<br>Plaintiff,<br>v.<br>GENA JONES, et al.,<br>Defendants. | Case No. 1:26-cv-08667-HBK (PC)<br>ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION TO PROCEED *IN FORMA PAUPERIS,* AND DIRECTING PAYMENT OF FILING FEE<br>(Docs. 2, 7, 8)<br>DECEMBER 22, 2026 DEADLINE |

On October 22, 2026, the Court ordered Plaintiff Ruben Dario Garcia, Jr., to show cause why his motion to proceed *in forma pauperis* ("IFP") should not be denied based on the funds available in his prisoner trust account. (Doc. 7). In his response, docketed on November 6, 2026, Plaintiff requests to withdraw his IFP motion "and directs CDCR to pay the $405.00 filing fee in this case." (Doc. 8 at 1). He also requests expedited consideration of his motion for a temporary restraining order and preliminary injunction, docketed the same day. (*Id.* at 1–2, 9).

The Court will discharge the order to show cause and grant Plaintiff's request to withdraw his IFP motion. The Court, however, has no mechanism to debit Plaintiff's trust account based on the instructions in his response. Plaintiff must use his institution's procedures to direct an appropriate California Department of Corrections and Rehabilitation ("CDCR")

official to remit the $405.00 filing fee from his account.

The filing fee remains unpaid. Until the fee is paid, the Court will not consider Plaintiff's motion for a temporary restraining order and preliminary injunction. *See Jones v. Rivera*, No. 2:21-cv-01232-JAD-VCF, 2021 WL 3011876, at *1 (D. Nev. July 9, 2021) (declining to consider a motion for preliminary injunction until IFP status is granted or the filing fee is paid). The Court will address the motion after payment. Plaintiff must notify the Court if he encounters difficulty arranging payment.

Accordingly, IT IS ORDERED:

1. The October 22, 2026 order to show cause (Doc. 7) is DISCHARGED.

2. Plaintiff's request to withdraw his IFP motion (Doc. 8) is GRANTED. His IFP motion (Doc. 2) is deemed WITHDRAWN.

3. By December 22, 2026, Plaintiff shall direct an appropriate CDCR official to remit the $405.00 filing fee from his prisoner trust account.

4. Failure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute or obey a court order under Local Rule 110.

Dated: November 23, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE